UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

GREGORY W. BOWDEN,

    Petitioner,

v.                              CASE NO. 3:13-cv-305-MCR-EMT

MICHAEL D. CREWS,

    Respondent.
_____/

## ORDER

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation, ECF No. 44. The Petitioner previously has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections. Pursuant to Title 28, United States Code, Section 636(b)(1), I have made a *de novo* determination of those portions of the Report and Recommendation to which an objection has been made.

Having considered the Report and Recommendation and all objections thereto timely filed by the parties, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2.  The Petition for Writ of Habeas Corpus, ECF No. 1, is **DENIED** with prejudice and judgment shall be entered accordingly.

3.  Certificate of appealability is denied pursuant to § 2254 Rule 11(a).

**DONE AND ORDERED**  this the 19th day of January, 2016.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**