# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

GREGORY W. BOWDEN,
    Petitioner,

v.                                  CASE NO.  3:13cv305/MCR/EMT

MICHAEL D. CREWS,
    Respondent.
_____/

## **O R D E R**

This cause comes on for consideration upon the chief magistrate judge's Report and Recommendation dated August 27, 2014.  ECF No. 44.  The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a *de novo* determination of any timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.    The chief magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. The amended petition for writ of habeas corpus, ECF No. 20, is **DENIED**.

3. A certificate of appealability is **DENIED**.

**DONE AND ORDERED** this 1st day of February, 2016.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**